IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN KRUEGER,

    Plaintiff,

  v.

                                  Case No. 21-cv-146-wmc

HURLEY P. LANDERS,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | March 22, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |